UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. 2:17-cv1714 KJM EFB |
| Plaintiff, | |
| v. | STATUS (PRETRIAL SCHEDULING) |
| HARTFORD FIRE INSURANCE COMPANY EMPLOYEE INCOME PROTECTION PLAN, | ORDER |
| Defendant. | |

    An initial scheduling conference was held in this case on January 18, 2018.  Teresa Renaker appeared for plaintiff; Linda Oliver appeared for defendant.

    Having reviewed the parties' Joint Status Report filed on January 11, 2018, and discussed a schedule for the case with counsel at the hearing, the court makes the following orders:

I.  SERVICE OF PROCESS

    All named defendants have been served and no further service is permitted without leave of court, good cause having been shown.

II.  ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

    Plaintiff anticipates the joinder of at least one additional party to this action. Plaintiff's amended complaint shall be filed within thirty days of the scheduling conference.

1

Further joinder of parties or amendments to pleadings is not permitted without leave of court, good cause having been shown. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604 (9th Cir. 1992).

III. JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. § 1331, 29 U.S.C. § 1132(a)(1)(B) and 29 U.S.C. § 1132(e) and (f). Jurisdiction and venue are not disputed.

IV. DISCOVERY

Initial disclosures as required by Federal Rule of Civil Procedure 26(a) shall have been completed by **January 25, 2018**. Any discovery, if needed, shall be completed by **April 6, 2018**. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court. While the assigned magistrate judge reviews proposed discovery phase protective orders, requests to seal or redact are decided by Judge Mueller as discussed in more detail below. In addition, while the assigned magistrate judge handles discovery motions, the magistrate judge cannot change the schedule set in this order, except that the magistrate judge may modify a discovery cutoff to the extent such modification does not have the effect of requiring a change to the balance of the schedule.

V. CROSS-MOTIONS FOR JUDGMENT

The following schedule is set for cross-motions for summary judgment:

- Plaintiff's motion shall be filed by **April 12, 2018.**
- Defendant's Opposition and cross-motion (one brief) shall be filed by **April 26, 2018.**
- Plaintiff's reply and opposition (one brief) shall be filed by **May 10, 2018.**
- Defendant's reply shall be filed by **May 17, 2018.**
- Hearing on cross-motions is set for **June 15, 2018** at 10:00 a.m. in Courtroom No. 3.

/////

/////

VI. SEALING

No document will be sealed, nor shall a redacted document be filed, without the prior approval of the court. If a document for which sealing or redaction is sought relates to the record on a motion to be decided by Judge Mueller, the request to seal or redact should be directed to her and not the assigned Magistrate Judge. All requests to seal or redact shall be governed by Local Rules 141 (sealing) and 140 (redaction); protective orders covering the discovery phase of litigation shall not govern the filing of sealed or redacted documents on the public docket. The court will only consider requests to seal or redact filed by the proponent of sealing or redaction. If a party plans to make a filing that includes material an opposing party has identified as confidential and potentially subject to sealing, the filing party shall provide the opposing party with sufficient notice in advance of filing to allow for the seeking of an order of sealing or redaction from the court.

VII. FURTHER SCHEDULING

The court will set a Final Pretrial Conference date only if the parties request one by **May 15, 2018**.

VIII. SETTLEMENT CONFERENCE

The parties have expressed interest in appearing for settlement conference. Magistrate Judge Deborah L. Barnes has been randomly selected. A settlement conference is scheduled before Judge Barnes for **March 8, 2018** at 10:00 a.m. in Courtroom No. 27, 8th Floor.

The parties are directed to submit their confidential settlement conference statements to the Court using the following email address: dborders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Statements are due at least 7 days prior to the Settlement Conference. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. See Local Rule 270.IX.

/////

/////

MODIFICATION OF STATUS (PRETRIAL SCHEDULING) ORDER

The parties are reminded that pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Status (Pretrial Scheduling) Order shall not be modified except by leave of court upon a showing of good cause. Agreement of the parties by stipulation alone does not constitute good cause. Except in extraordinary circumstances, unavailability of witnesses or counsel does not constitute good cause.

As noted, the assigned magistrate judge is authorized to modify only the discovery dates shown above to the extent any such modification does not impact the balance of the schedule of the case.

X. OBJECTIONS TO STATUS (PRETRIAL SCHEDULING) ORDER

This Status Order will become final without further order of the court unless objections are filed within fourteen (14) *calendar* days of service of this Order.

IT IS SO ORDERED.

DATED: January 30, 2018.

UNITED STATES DISTRICT JUDGE