# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD FIRE INSURANCE COMPANY EMPLOYEE INCOME PROTECTION PLAN.<br><br>　　　　　Defendant. | Case No.: 2:17-cv-01714-KJM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING THE BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT BY ONE WEEK** |

1 | Having reviewed and considered the parties' joint stipulation for extension of
2 | the briefing schedule for the parties' cross-motions for summary judgment, with good
3 | cause shown, it is **HEREBY ORDERED THAT:**

4 | The court sets the following briefing schedule:

5 | Defendant's opposition and cross-motion (one brief) shall be filed by **May 3, 2018**.

7 | Plaintiff's reply and opposition (one brief) shall be filed by **May 17, 2018**.

8 | Defendant's reply shall be filed by **May 24, 2018**.

9 | The hearing on the parties' cross-motions for summary judgment shall remain set for June 15, 2018 at 10:00 a.m.

11 | IT IS SO ORDERED.

12 | DATED: April 19, 2018.

_____
UNITED STATES DISTRICT JUDGE