**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JANE DOE,<br><br>                Plaintiff,<br><br>  vs.<br><br>HARTFORD FIRE INSURANCE COMPANY EMPLOYEE INCOME PROTECTION PLAN.<br><br>                Defendant. | Case No.: 2:17-cv-01714-KJM-EFB<br><br>**ORDER GRANTING JOINT STIPULATION EXTENDING HARTFORD'S REPLY TO PLAINTIFF'S OPPOSITION AND REPLY FOR SUMMARY JUDGMENT BY FIVE-DAYS** |

{04446034.1}            - 1 -

ORDER GRANTING JOINT STIPULATION EXTENDING HARTFORD'S REPLY TO PLAINTIFF'S OPPOSITION AND REPLY FOR SUMMARY JUDGMENT BY FIVE-DAYS

Having reviewed and considered the parties' joint stipulation, with good cause shown, it is **HEREBY ORDERED THAT:**

Defendant's reply shall be filed by **May 29, 2018.**

The hearing on the parties' cross-motions for summary judgment shall remain set for June 15, 2018 at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 22, 2018.

_____
UNITED STATES DISTRICT JUDGE