Teresa S. Renaker – CA State Bar No. 187800
Margo Hasselman Greenough – CA State Bar No. 228529
Kirsten Scott – CA State Bar No. 253464
RENAKER HASSELMAN SCOTT LLP
235 Montgomery Street, Suite 944
San Francisco, CA 94104
Telephone: (415) 653-1733
Facsimile: (415) 727-5079
teresa@renakerhasselman.com
margo@renakerhasselman.com
kirsten@renakerhasselman.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE COMPANY EMPLOYEE INCOME PROTECTION PLAN,<br><br>    Defendant. | Case No. 2:17-cv-01714-KJM-EFB<br><br>FURTHER JOINT REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER THEREON |

On May 29, 2018, the parties notified the Court that they had reached a settlement in principle of this case. (ECF 39.) The Court directed that dispositional documents be filed no later than June 21, 2018. (ECF 40.) On June 18, 2018, the parties jointly requested an extension of time to July 5, 2018, within which to file dispositional documents. (ECF 41.) At this time, the parties have agreed to a written settlement agreement, but certain obligations under the agreement remain to be performed before dispositional documents can be filed. Therefore, the parties respectfully request an extension to July 16, 2018, within which to file dispositional documents.

                                        Respectfully submitted,

Dated: July 5, 2018                              RENAKER HASSELMAN SCOTT LLP
                                                      By:   /s/ Teresa S. Renaker
                                                                 Teresa S. Renaker
                                                                 Attorneys for Plaintiff

| | | |
|---|---|---|
| Dated: July 5, 2018 | | MAYNARD, COOPER & GALE, LLP |
| | By: | /s/ Cindy Mekari Rucker<br>Cindy Mekari Rucker<br>Attorneys for Defendant |

**STATEMENT PER LOCAL RULE 131(e)**

Pursuant to Local Rule 131(e), I state that counsel for Defendant has authorized submission of this document on her behalf.

/s/ Teresa S. Renaker
Teresa S. Renaker

ORDER

The parties' joint request for an extension of time to submit dispositional documents is GRANTED. Dispositional documents shall be filed no later than July 16, 2018.

IT IS SO ORDERED.

DATED: July 9, 2018.

_____
UNITED STATES DISTRICT JUDGE